1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

                                              NO:  2:16-CR-069-RMP
8                     Plaintiff,                   2:16-CR-176-RMP

9         v.                                  ORDER DENYING DEFENDANT'S
                                              MOTION TO VACATE, SET ASIDE,
10   CHRISTOPHER ALLEN CAIN, also             OR CORRECT THE SENTENCE
     known as Christopher Cain Bey,           UNDER 28 U.S.C. § 2255

11
                      Defendant.
12

13         BEFORE THE COURT is Mr. Cain's sealed filing, ECF No. 170 (in 2:16-

14   CR-69) and ECF No. 154 (in 2:16-CR-176).  The Court has reviewed Mr. Cain's

15   pleadings and is fully informed.

16         Mr. Cain submitted his present motion on forms provided by the State of

17   Washington.  The Court construes the documents as a Motion to Vacate, Set Aside,

18   or Correct the Sentence under 28 U.S.C. § 2255.

19         The district court "will not review a section 2255 motion until the direct

20   appeal is resolved." *United States v. Lafromboise*, 427 F.3d 680, 686 (9th Cir.

21   2005).  Because Mr. Cain has filed a notice of appeal for his judgment and

     ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR
     CORRECT THE SENTENCE UNDER 28 U.S.C. § 2255 ~ 1

sentence, ECF No. 166, the Court finds that Mr. Cain's present motion is premature.

If Mr. Cain wishes to proceed with a § 2255 motion in the future, he must present his petition on the appropriate form provided by the federal Court, not on a form for a Washington State court, and only after his direct appeal has been resolved. The Clerk of Court is directed to provide Mr. Cain with the appropriate form along with a copy of this order.

Accordingly, **IT IS HEREBY ORDERED** that Mr. Cain's Motion to Vacate, Set Aside, or Correct the Sentence under 28 U.S.C. § 2255, **ECF No. 170** (in 2:16-CR-69) and **ECF No. 154** (in 2:16-CR-176), is **DENIED** as moot because it is premature.

The District Court Clerk is directed to send Mr. Cain the appropriate 28 U.S.C. § 2255 petition form, enter this Order, and provide copies to counsel and close the cases.

**DATED** November 16, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT THE SENTENCE UNDER 28 U.S.C. § 2255 ~ 2